Thomas P. Erwin
Erwin Thompson Faillers
241 Ridge Street, Suite 210
Reno, NV 89501
Tele: (775) 786-9494
Attorneys for Plaintiff
Austyn D. Crites

FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 0 5 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ORDER

| | |
|---|---|
| AUSTYN D. CRITES, an individual, | Case No. 3:17-cv-00489-MMD-VPC |
| Plaintiff, | WITHDRAWAL OF MOTION TO QUASH OR MODIFY SUBPOENAS |
| vs. | |
| FOX NEWS NETWORK, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff Austyn Crites ("Plaintiff") withdraws Plaintiff's Motion to Quash or Modify Subpoenas (ECF No. 32) filed on January 3, 2018. Plaintiff's withdrawal is made in accordance with the Fourth Joint Supplemental Case Management Report filed on March 6, 2018 (ECF No. 42).

Dated April 3, 2018

Erwin Thompson Faillers

By _____
Thomas P. Erwin
State Bar No. 951
241 Ridge Street, Suite 210
Reno, Nevada 89501
(775) 786-9494
erwin@renolaw.com
Attorneys for Plaintiff

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: April 5, 2018

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Erwin & Thompson LLP, and that on this date I caused to be served a true copy of the Withdrawal of Motion to Quash or Modify Subpoenas on all parties to this action by the method(s) indicated below:

__X__ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

Dori Ann Hanswirth
Theresa M. House
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10022
Ph: (212) 836-8095
Email: dori.hanswirth@apks.com
Email: Theresa.house@apks.com

Scott A. Glogovac
Glogovac & Pintar
427 W. Plumb Lane
Reno, NV 89509
Ph: (775) 333-0400
Fax: (775) 333-0412
Email: sglogovac@gplawreno.net

_____ emailing an attached Adobe Acrobat PDF version of the document to the email address below/facsimile (fax).

_____ Federal Express/UPS or other overnight delivery.

__X__ by e-service. The attached document was filed electronically with the United States District Court, District of Nevada, in accordance with the Electronic Filing Procedures (Rev. 05/01/2006). Electronic service will be completed automatically for all parties who are e-filers and have agreed to accept service in this manner. The undersigned will confirm that the Notice of Electronic Filing states that the attached document will be electronically mailed; otherwise, an alternative method of service will be used.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated April 3, 2018.

Kathy M. Miyoshi
Erwin & Thompson LLP
(775) 786-9494