Thomas P. Erwin
Erwin Thompson Faillers
241 Ridge Street, Suite 210
Reno, NV 89501
Tele: (775) 786-9494
Attorneys for Plaintiff
Austyn D. Crites

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AUSTYN D. CRITES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FOX NEWS NETWORK, LLC, a<br>Delaware limited liability company,<br><br>Defendant._____/ | Case No. 3:17-cv-00489-MMD-CBC<br><br>**MOTION-UNOPPOSED<br>REGARDING MEET AND CONFER<br>PURSUANT TO MINUTE ORDER<br>ECF 98** |

Plaintiff Austyn D. Crites submits this Motion-Unopposed Regarding the Meet and Confer to be held pursuant to the Court's instructions given during the case management conference on January 29, 2019.

A settlement conference was scheduled before Magistrate Judge Robert McQuaid on February 26, 2019. Due to severe weather conditions on February 25, 2019, the flight of the representative of Fox News Network, LLC ("Fox") and Defendant's counsel, Dori Hanswirth, was diverted to Sacramento, California. The flight was ultimately cancelled. The Fox representative and Ms. Hanswirth were unable to make alternate travel arrangements to Reno on February 25 and 26, requiring that the settlement conference be postponed.

The conference with Judge McQuaid has been re-scheduled for April 30, 2019. ECF 101. The case management conference set for April 29, 2019, has been re-scheduled for May 10, 2019. ECF 102.

During the case management conference on January 28, 2019, the Court instructed the parties to meet and confer by March 12, 2019, concerning additional search terms to be submitted to Holo Discovery. The Court instructed Plaintiff's counsel to submit the contested search terms to Holo Discovery to determine the volume of hits. This was to be followed by another meet and confer on or before April 12, 2019.

Considering that the foregoing described discovery efforts were conditioned the parties' failure to settle the case during the settlement conference and that settlement of the action will spare the parties the expense and effort of these discovery efforts, it is sensible that these efforts be deferred pending the outcome of the settlement conference on April 30, 2019.

For these reasons, Plaintiff requests that the meet and confer to be conducted by March 12, 2019, be postponed to a date on or after April 30, 2019, but before the case management conference set for May 10, 2019.

Plaintiff's counsel represents to the Court that the Plaintiff's counsel has conferred with Defendant's counsel regarding this matter and the request stated in this Motion. Plaintiff's counsel represents to the Court that the Defendant's counsel informed Plaintiff's counsel that Defendant has no objection to the request and that deferral of the meet and confer under these circumstances is acceptable to Defendant. Defendant's counsel authorized Plaintiff's counsel to represent to the Court the substance of the parties' communications as described in this Motion.

Plaintiff requests that the Court consider the request in this Motion and that the Court enter an appropriate minute order approving this Motion.

//
//
//
//
//
//
//
//

Dated March 6, 2019.

                                      ERWIN THOMPSON FAILERS

                                      By _____
                                        Thomas P. Erwin
                                        State Bar No. 951
                                        241 Ridge Street, Suite 210
                                        Reno, Nevada  89501
                                        (775) 786-9494
                                        erwin@renolaw.com
                                        Attorneys for Plaintiff

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated March 7, 2019