DORI ANN HANSWIRTH, ESQ. *(pro hac vice)*
THERESA M. HOUSE, ESQ. *(pro hac vice)*
ARNOLD & PORTER KAYE SCHOLER LLP
250 W 55th Street
New York, New York 10019
Telephone: (212) 836-8000
dori.hanswirth@arnoldporter.com
theresa.house@arnoldporter.com

KELLY A. EVANS, ESQ.
Nevada Bar No. 7691
EVANS FEARS & SCHUTTERT LLP
2300 W. Sahara Avenue, #900
Las Vegas, Nevada 89102
Telephone: (702) 805-0290
kevans@efstriallaw.com

*Attorneys for Defendant*
*Fox News Network, LLC*

THOMAS P. ERWIN, ESQ.
Nevada Bar No. 951
ERWIN THOMPSON FAILLERS
241 Ridge Street, Suite 210
Reno, Nevada 89501
Telephone: (775) 786-9494
erwin@renolaw.com

*Attorneys for Plaintiff*
*Austyn D. Crites*



FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 1 4 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AUSTYN CRITES,<br><br>    Plaintiff,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, a<br>Delaware limited liability company,<br><br>    Defendant. | Case Number<br>3:17-cv-00489-MMD-CBC<br><br>*ORDER*<br><br>**JOINT STIPULATION TO<br>EXTEND DEADLINE TO FILE<br>STIPULATION OF DISMIS-<br>SAL**<br>**(First Request)** |

US 165086607v4

1       Plaintiff Austyn D. Crites and Defendant Fox News Network, LLC, by and

2   through their respective counsel, submit the following Joint Stipulation to Extend

3   Deadline to File Stipulation of Dismissal, requesting an extension of the deadline for

4   the parties to file a Stipulation of Dismissal with Prejudice (the "Stipulation") of this

5   action, which is currently set for June 14, 2019 (ECF No. 105).  This Stipulation is

6   submitted pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1. The parties expect to be

7   able to file the Stipulation soon, but need additional time to do so.  They accordingly

8   stipulate and respectfully request that the deadline to file the Stipulation be extended

9   until and including July 2, 2019.

10

11   DATED this 14th day of June, 2019    DATED this 14th day of June, 2019

12

13   By: /s/ Thomas P. Erwin*    By: /s/ Dori Ann Hanswirth

14       Thomas P. Erwin, Esq.    Dori Ann Hanswirth, Esq.

15       Nevada Bar No. 951    *(pro hac vice)*

    ERWIN THOMPSON FAIL-    Theresa M. House, Esq.

16       LERS    *(pro hac vice)*

    241 Ridge St., Ste. 210    ARNOLD & PORTER KAYE

17       Reno, Nevada 89501    SCHOLER LLP

18       250 W 55th Street

    *Attorneys for Plaintiff*    New York, NY 10019

19       *Austyn D. Crites*    Tel: (212) 836-8000

20

21     * Electronic signature used with permission    In Association with:

22       KELLY A. EVANS, ESQ.

23       Nevada Bar No. 7691

    EVANS FEARS & SCHUTTERT

24       LLP

    2300 W. Sahara Avenue, #900

25       Las Vegas, Nevada 89102

26       Telephone: (702) 805-0290

    kevans@efstriallaw.com

27

28

US 165086607v4

*Attorneys for Defendant*
*Fox News Network, LLC*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE
DATED: June 14 , 2019

US 165086607v4