UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

AUSTYN D. CRITES,

        Plaintiff,

        Case No.: 3:17-cv-00489-MMD-CBC

v.

FOX NEWS NETWORK, LLC,

        Defendant.

_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Austyn D. Crites and Defendant Fox News Network, LLC, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action is voluntarily dismissed, with prejudice.

On entry of the Order approving this Stipulation, Holo Discovery is authorized to deliver to Plaintiff's counsel all cell phones, laptop computers, digital storage devices and any and all data of Plaintiff which Holo Discovery possesses.

DATED: July 1, 2019

By: /s/ Thomas P. Erwin

Thomas P. Erwin, Esq.
Erwin Thompson Faillers
241 Ridge Street, Suite 210
Reno, NV 89501
Telephone: (775) 786-9494

*Attorneys for Plaintiff Austyn D. Crites*

By: /s/ Theresa M. House

Dori Ann Hanswirth, Esq.
*(pro hac vice)*
Theresa M. House, Esq.
*(pro hac vice)*
Arnold & Porter Kaye Scholer LLP
250 W 55th Street
New York, NY 10019
Telephone: (212) 836-8000

In Association with:
Kelly A. Evans, Esq.
Nevada Bar No. 7691
Evans Fears & Schuttert LLP
2300 W. Sahara Avenue, #900
Las Vegas, NV 89102
Telephone: (702) 805-0290
kevans@efstriallaw.com

*Attorneys for Defendant Fox News Network, LLC*

Case dismissed with prejudice.
IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: July 2, 2019